Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Tanya Roxana Simpson-Maue,**

Defendant.

Docket No. 0:01CR00306-002(DWF)

On September 23, 2002, the above defendant was placed on supervision for a period of 4 years probation. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 18 day of October, 2005.

Honorable Donovan W. Frank
U.S. District Judge

SCANNED
OCT 18 2005
U.S. DISTRICT COURT ST. PAUL

FILED OCT 18 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK